### 12911.   ARTHUR *v.* THE STATE.

LUKE, J. The defendant was convicted of seduction. In the light of the facts of the case, and the entire charge of the court, none of the alleged errors in the charge require a new trial. There was some evidence which authorized the verdict, and, the finding of the jury having been approved by the trial judge, this court is without authority to interfere.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*
DECIDED MAY 11, 1922.

Indictment for seduction; from Murray superior court — Judge Tarver. September 3, 1921.

*George G. Glenn, Mann & Mann,* for plaintiff in error.
*J. M. Lang, solicitor-general,* contra.